**Stephen W. CARLSON,**
**Plaintiff–Appellant**

v.

**INTERNAL REVENUE SERVICE; Minnesota Department of Revenue; G2 Secure Staff; United States, Defendants–Appellees.**

No. 13–1790.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 29, 2013.

Filed: Dec. 5, 2013.

Stephen Wayne Carlson, I, Saint Paul, MN, pro se.

Bruce R. Ellisen, Karen G. Gregory, Mark Milton, Trial Attorney, U.S. Department of Justice, Washington, DC, Sara L. Bruggeman, Kathryn M. Woodruff, Attorney General's Office, Saint Paul, MN, Jaime N. Cole, Patrick Robert Martin, Ogletree & Deakins, Minneapolis, MN, for Defendant–Appellee.

Before WOLLMAN, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Stephen Wayne Carlson appeals the district court's [1] dismissal of his civil case, in which he asserted a variety of claims based on events related to the assessment and collection of his tax liabilities. Upon our careful de novo review, *see Hastings v. Wilson,* 516 F.3d 1055, 1058 (8th Cir.2008) (standard of review), we affirm for the reasons explained by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.